# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **MILOS LALIC,** § § | |
| Plaintiff, § § | |
| § | **CIVIL ACTION** |
| vs. § § | |
| § | **FILE NO. _____** |
| **PEMBERTON TRUCK LINES,** § | |
| **INC., MARK A. LUCAS, and** § | |
| **CHEROKEE INSURANCE** § | |
| **COMPANY,** § § | |
| § | |
| Defendants. § § | |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

COME NOW, **PEMBERTON TRUCK LINES, INC.** and **MARK A. LUCAS**, Defendants in the above-styled civil action, and **CHEROKEE INSURANCE COMPANY**, purported Defendant in the above-styled civil action, appearing specially and without waiving, but specifically reserving all defenses arising from jurisdiction, service and process (hereinafter "Defendants"), and hereby remove Civil Action File No. 20-A-2115 from the State Court of Cobb County to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal state as follows:

## STATEMENT OF THE CASE

1.

Defendants have been sued in a civil action brought in the State Court of Cobb County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action have been attached as Defendants' Exhibit 1 (hereinafter "D-1").

2.

The present matter is an action for damages for bodily injuries stemming from a July 27, 2018 motor vehicle accident involving Plaintiff Milos Lalic and Defendant Mark A. Lucas (hereinafter "the subject accident"). D-1, Complaint, ¶ 14. Plaintiff makes claims against Defendant Lucas for (i) ordinary negligence, (ii) negligence per se, (iii) punitive damages, and (iv) attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11. *Id.*, Complaint, ¶¶ 34-37. Plaintiff makes claims against Defendant Pemberton Truck Lines, Inc. for (i) ordinary negligence, (ii) the vicarious liability of Defendant Lucas (iii) negligent hiring, training, retention, entrustment and supervision, (iv) punitive damages and for (v) attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11. *Id.*, Complaint, ¶¶ 24-26, 36-37. Plaintiff's claims against purported Defendant Cherokee Insurance Company

are for (i) direct action pursuant to O.C.G.A. § 40-2-140 and O.C.G.A. § 40-1-112(c), (ii) punitive damages, and (iii) for attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11.  *Id.*, Complaint, ¶¶ 29, 36-37.

3.

The Complaint was filed July 1, 2020, in the State Court of Cobb County, Civil Action File No. 20-A-2115.  *See* D-1, Complaint.  Defendant Pemberton Truck Lines, Inc. was served with the Summons and Complaint on July 7, 2020.  Defendant Mark A. Lucas was served with the Summons and Complaint on July 23, 2020.  Purported Defendant Cherokee Insurance Company was allegedly served with the Summons and Complaint on July 10, 2020.

## **DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)**

4.

Plaintiff Milos Lalic is a citizen of the State of Georgia.  D-1, Complaint, ¶ 1.  Defendant Pemberton Truck Lines, Inc. is, and was at the time this lawsuit was filed, a corporation organized under the laws of the State of Tennessee with its principal place of business in the State of Tennessee.  *Id.*, Complaint, ¶ 2.  Defendant Mark A. Lucas is, and was at the time this lawsuit was filed, a citizen of the State of Tennessee.  *Id.*, Complaint, ¶ 6.  Purported Defendant Cherokee Insurance Company is, and was at the time this lawsuit was filed, a corporation organized under the laws

of the State of Michigan with its principal place of business in the State of Michigan. Therefore, there is complete diversity of citizenship between the parties. *Id.*, Complaint, ¶ 10.

5.

Plaintiff contends that he "has incurred reasonable, necessary, and continuing medical expenses for the treatment of his injuries in an amount likely exceeding $180,000.00." D-1, Complaint, ¶ 34. Plaintiff also contends that "Defendants are liable for Plaintiff's injuries sustained, pain and suffering, lost wages, diminished capacity to labor, cost of treatment, and all other elements of damages allowed under the laws of the State of Georgia. *Id.*, Complaint, ¶ 33. Plaintiff is additionally seeking punitive damages and attorney's fees and litigation expenses pursuant to O.C.G.A. § 13-6-11. *Id.*, Complaint, ¶¶ 36-37.

6.

In determining whether the requisite $75,000.00 amount in controversy has been established, jurisdiction "is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1319 (11th Cir. 2001).

In the present case, given the damages claimed by Plaintiff, it is facially apparent from Plaintiff's Complaint that the requisite $75,000.00 amount in controversy requirement has been met.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7.

This Joint Notice of Removal is filed within 30 days from the date that Defendant Pemberton Truck Lines, Inc. has been served with the Summons and Complaint in this matter. Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

8.

Pursuant to 28 U.S.C. 1446(b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action." As such, Pemberton Truck Lines, Inc., Mark A. Lucas, and Cherokee Insurance Company expressly consent to the removal of this action and the requirements of 28 U.S.C. § 1446(b)(2)(A) have been met.

## CONCLUSION

By this Joint Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections

they may have to this action. Defendants intend no admission of fact, law or liability by this Notice and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 31st day of July, 2020.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**CANDICE R. BRYANT**
Georgia Bar No. 807404
**J. ROBB CRUSER**
Georgia Bar No. 199480
*Attorneys for Defendant Pemberton Truck Lines, Inc. and Mark A. Lucas and Purported Defendant Cherokee Insurance Company*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS' JOINT NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> A. Joel Williams, Esq.
> B. Chase Elleby, Esq.
> Williams | Elleby
> 3450 Acworth Due West Road, Suite 610
> Kennesaw, GA  30144
> *Counsel for Plaintiff*

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above address.

This 31st day of July, 2020.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**CANDICE R. BRYANT**
Georgia Bar No. 807404
**J. ROBB CRUSER**
Georgia Bar No. 199480
*Attorneys for Defendant Pemberton Truck Lines, Inc. and Mark A. Lucas and Purported Defendant Cherokee Insurance Company*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com